Janet T. Mills
Governor

Jeanne M. Lambrew, Ph.D.
Commissioner



Maine Department of Health and Human Services
Child and Family Services
11 State House Station
2 Anthony Avenue
Augusta, Maine 04333-0011
Tel.: (207) 624-7900; Toll Free: (877) 680-5866
TTY: Dial 711 (Maine Relay); Fax: (207) 287-5282

1/13/2023
Name: AMBER M LAVIGNE
Address: **Redacted**

UNITED STATES

Investigation Number: C-0000524744

Dear AMBER M LAVIGNE

The Department recently completed a Child Protection Investigation involving your family. This letter is to inform you that after completing the investigation, a decision was made that the information obtained does not support findings of abuse and/or neglect by you to ~~~~ .

Alleged Victim
**Redacted**

Allegation
Emotional Abuse – Low/Moderate Severity

Thank you for your participation in the investigation process.

I wish you and your family all the best.

Sincerely,

*Erin Garey /KE*

Erin Garey
Caseworker
Rockland Office
91 Camden Street, Suite 103
Rockland, ME 04841

*Keisha Evans*

Keisha Evans
Supervisor

Page 1 of 1

**Exhibit 2**