**Great Salt Bay Consolidated School District**
Bremen / Damariscotta / Newcastle
767 Main St
Damariscotta, Maine 04543
Telephone: (207) 563-3044



Lynsey Johnston, Superintendent of School                    Samuel Belknap III, GSB Board Chair

---

December 19, 2022

The Great Salt Bay CSD School Board would like to take a moment to address recent concerns that have been brought to the attention of the administration and Board. While the Board is not able to discuss confidential student and staff information in public, the Board's first priority is always to provide a safe, welcoming and inclusive educational environment for all students and staff. When administrators receive concerns from parents and/or students about potential issues in school, the Board has specific policies and procedures in place that must be followed when addressing those concerns. Those policies comply with Maine law, which protects the right of all students and staff, regardless of gender/gender identity, to have equal access to education, the supports and services available in our public schools, and the student's right to privacy regardless of age.

The Board is aware that rumors and allegations have been published and republished on various social media platforms relating to this issue. While it is unfortunate that some individuals have sought to use this issue to try and divide our community, as a Board, we are committed not only to following Maine law but also honoring our school's core values, and focusing on treating each other with dignity and respect. The Board and administrators remain committed to working in partnership with parents, staff, and local law enforcement to ensure that all students and staff continue to have access to a safe educational and working environment.

*[signature]*

Samuel Belknap III, GSB Board Chair

**Exhibit 3**