**Great Salt Bay Consolidated School District**
Bremen / Damariscotta / Newcastle
767 Main St
Damariscotta, Maine 04543
Telephone: (207) 563-3044



Lynsey Johnston, Superintendent of School                Samuel Belknap III, GSB Board Chair

January 14, 2023

Dear Members of the GSB Community,

As you are aware, Great Salt Bay was the target of another bomb threat on Friday January 13, as were specific administrators and staff. Fortunately, no children were yet at school, and we were able to safely evacuate all staff members and immediately redirect buses to bring those students already en route safely back home. This was once again expertly handled by Damariscotta Police Department, Damariscotta Fire Department, Lincoln County Sheriff's Office, and Maine State Police. We thank them all, as well as the YMCA, for their continued efforts to assess safety and to support our community. Based on law enforcement's investigation, this was not a credible threat, and it appears to be a clone of the threat we received on December 21, 2022. Local, state, and federal law enforcement agencies continue to investigate the origins of the threat(s), and are working diligently to find and hold accountable all responsible individuals.

As you may or may not be aware, certain parties are spreading a grossly inaccurate and one-sided story to which the Board cannot specifically respond, given our obligation to maintain the confidentiality of student and employee information, as required by Maine law. Unfortunately, that false narrative has directly given rise to the bomb threats that have disrupted our students' education over the past several weeks. Those promoting this false narrative are apparently disturbed by our school's ongoing and steadfast commitment to providing all students with safe and equal access to educational opportunities without discrimination because of, among other things, sex, sexual orientation or gender identity, as the Maine Human Rights Act requires.

Federal and state law both provide certain rights for parents and students with respect to education. While parents generally have a right to access the educational records of their children, the Board must balance this right with the right of students in Maine who, regardless of age, have the right to access mental health services without parental consent (*22 MRSA Section 1502- Consent of Minors for Health Services*), and the right to establish their own confidential counseling relationship with a school based mental health services provider (*20-A MRSA §4008- Privileged Communications*). All of the Board's policies comply with Maine law, and neither the Board nor school administration are aware of any violation of policy or law which requires further action at this time.

Our Board is united in our support of students, families, staff, and administration and remains committed to upholding the laws of the State of Maine.

Samuel Belknap, III - Chair          Jesse Butler - Vice Chair
August Avantaggio - Treasurer     Dennis Anderson
Amy Krawic                                 Christa Thorpe
Meridith Verney

**Exhibit 4**