## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **AMBER LAVIGNE,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **2:23-cv-00158-JDL** |
| | ) | |
| **GREAT SALT BAY COMMUNITY** | ) | |
| **SCHOOL BOARD et al.,** | ) | |
| **Defendants.** | ) | |
| | ) | |

### PARTIAL ORDER ON DEFENDANTS' MOTION TO DISMISS

Plaintiff Amber Lavigne filed a Complaint (ECF No. 1) initiating this action on April 4, 2023. The Complaint names as Defendants the Great Salt Bay Community School Board and four individuals in their official capacities: Samuel Roy, Jessica Berk, Kim Schaff, and Lynsey Johnston. The Defendants filed a Motion to Dismiss (ECF No. 12) on June 2, 2023.

For the reasons stated on the record at the hearing on November 1, 2023, it is **ORDERED** that the Motion to Dismiss (ECF No. 12) is **GRANTED IN PART** and the claims against individual Defendants Samuel Roy, Jessica Berk, Kim Schaff, and Lynsey Johnston are hereby **DISMISSED**. The Motion to Dismiss otherwise remains under advisement.

**SO ORDERED.**

**Dated: November 7, 2023**

_____
**/s/ JON D. LEVY**
**CHIEF U.S. DISTRICT JUDGE**