UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| AMBER LAVIGNE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL NO. 2:23-cv-00158-JDL ) |
| GREAT SALT BAY COMMUNITY SCHOOL BOARD, et al. | ) ) ) |
| Defendants. | ) ) |

JUDGMENT OF DISMISSAL

In accordance with the Partial Order on Defendants' Motion to Dismiss entered on November 7, 2023 and the Order on Motion to Dismiss for Failure to State a Claim entered on May 3, 2024 by U.S. District Judge Jon D. Levy,

JUDGMENT of Dismissal is hereby entered.

                                                          CHRISTA K. BERRY
                                                          CLERK

                              By:    /s/ Charity Pelletier
                                               Deputy Clerk

Dated: May 3, 2024