#### IN THE UNITED STATES DISTRICT COURT
#### DISTRICT OF MAINE

| | |
|---|---|
| AMBER LAVIGNE,<br><br>　　　　Plaintiff,<br><br>GREAT SALT BAY COMMUNITY SCHOOL BOARD, et al.<br><br>　　　　Defendants. | Case No. 2:23-cv-00158-JDL |

#### NOTICE OF APPEAL

Notice is hereby given that Amber Lavigne, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from the Partial Order on Defendants' Motion to Dismiss (Doc. 23) entered on November 7, 2023, the Order on Motion to Dismiss for Failure to State a Claim (Doc. 26), and the Judgment of Dismissal (Doc. 27) entered in this action on May 3, 2024, dismissing Plaintiff's Complaint.

Respectfully submitted on May 20, 2024.

　　　　　　　　　　　　　　　　　　/s/ *Brett D. Baber*
　　　　　　　　　　　　　　　　　　Brett D. Baber (Maine Bar No. 3143)
　　　　　　　　　　　　　　　　　　**LANHAM BLACKWEEL & BABER, PA**
　　　　　　　　　　　　　　　　　　133 Broadway
　　　　　　　　　　　　　　　　　　Bangor, ME 04401
　　　　　　　　　　　　　　　　　　Telephone: (207) 942-2898
　　　　　　　　　　　　　　　　　bbaber@lanhamblackwell.com

　　　　　　　　　　　　　　　　　　/s/ *Adam C. Shelton*
　　　　　　　　　　　　　　　　　Adam C. Shelton
　　　　　　　　　　　　　(Pro Hac Vice Application pending)
　　　　　　John Thorpe
　(Pro Hac Vice Application pending)
Scharf-Norton Center for
Constitutional Litigation at the
**GOLDWATER INSTITUTE**
500 E. Coronado Road
Phoenix, Arizona 85004
Telephone: (602) 462-5000
litigation@goldwaterinstitute.org
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that I served the foregoing document on Defendants' counsel via the Court's ECF system on May 20, 2024:

Melissa A. Hewey
Susan M. Weidner
DRUMMOND WOODSUM
84 Marginal Way, Suite 600
Portland, Maine 04101-2480
mhewey@dwmlaw.com
sweidner@dwmlaw.com
*Counsel for Defendants*


/s/ *Kris Schlott*
Kris Schlott, Paralegal